# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

| SCOTT WAYNE PITTS | Case No.  5:13CR50015-001 |
| | USM No.   17946-111 |

Jack Schisler
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition   Two   of the term of supervision.

☒ was found in violation of condition counts   One, Three, and Four   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Law Violation: Terroristic Threatening | March 31, 2016 |
| Two | Mandatory Condition: Use of a Controlled Substance | July 12, 2016 |
| Three | New Law Violation: Violation of Arkansas Order of Protection | December 10, 2016 |
| Four | Additional Condition: No Contact With Victim | December 10, 2016 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   8365

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Genoa, Arkansas

January 9, 2017
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

January 10, 2017
Date

| | |
|---|---|
| DEFENDANT: SCOTT WAYNE PITTS | Judgment — Page 2 of 3 |
| CASE NUMBER: 5:13CR50015-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Fourteen (14) months, no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
*See Page 3.*

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2A — Imprisonment

Judgment—Page 3 of 3

DEFENDANT: SCOTT WAYNE PITTS
CASE NUMBER: 5:13CR50015-001

## ADDITIONAL IMPRISONMENT TERMS

The Court recommends that the Defendant be assigned to a BOP facility that has the resources and abilities to perform the following services: (i) conduct a comprehensive psychological examination, and then compare that examination's findings to the Defendant's previous psychological records; (ii) after conducting the aforementioned evaluation, adjust (if necessary) the Defendant's pharmacological protocol in hopes of fine-tuning one that actually works, in light of the Defendant's history of not reacting the way most people react to medications; (iii) provide ongoing counseling and therapy with the goals of (a) allowing the Defendant to talk through things, and (b) equipping him with the skills necessary to recognize "triggers" that anger or upset him and manage his responses thereto. To the extent that the BOP facility in Texarkana can provide these services, the Court recommends that the Defendant be assigned to that facility because it is in close proximity to his family. To the extent that the BOP facility in Texarkana cannot provide these services, the Court recommends that the Defendant be transferred to the BOP facility in Texarkana upon completion of a treatment plan consistent with what the Court has recommended above.